ACCEPTED
06-15-00079-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/22/2015 9:49:40 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00079-CV

**IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

12/22/2015 9:49:40 AM

DEBBIE AUTREY
Clerk

**JAVIER JAIMES
APPELLANT**

**V.**

**ZENAW MERSHA
APPELLEE**

**ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
TRAVIS COUNTY, TEXAS, HON. TODD T. WONG, PRESIDING**

**NOTICE OF APPEARANCE**

**TO THE HONORABLE SIXTH COURT OF APPEALS:**

Please take notice that Clark Richards with the law firm of Richards Rodriguez & Skeith, LLP has agreed to represent Javier Jaimes in this appeal through the Third Court of Appeals in Austin Pro Bono Program. Clark Richards' information is as follows:

Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
**Richards Rodriguez & Skeith, LLP**
816 Congress Ave., Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

Appellant asks the Court to instruct the clerk to change the records to reflect

that Clark Richards is counsel for Appellant in this case on appeal.

Respectfully submitted,

_____

Clark Richards
State Bar No. 90001613
crichards@rrsfirm.com
Richards Rodriguez & Skeith, LLP
816 Congress Ave., Suite 1200
Austin, Texas 78701
Tel (512) 476-0005
Fax (512) 476-1513

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been delivered to the following counsel of record on this 22nd day of December 2015 by fax and e-mail:

David Sadegh
The Law Office of David J. Sadegh
10203 Birchridge Drive, Suite 210
Humble, Texas 77338
Fax 832-644-6236
djsadegh@sadeghlaw.com

**CLARK RICHARDS**